# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1242

_____

Eric Ringsred, an individual and a state,   *
federal and local taxpayer; State of      *
Minnesota by Eric Ringsred; Deborah   *
Ringsred, an individual,                  *
                                  *
        Appellants,           *
                                  *
          v.                   *   Appeal from the United States
                                  *   District Court for the
City of Duluth, a municipal        *   District of Minnesota.
corporation, and the following City  *
Officials, individually and in their   *   [UNPUBLISHED]
official capacities; Gary L. Doty,   *
Mayor; Cynthia Albright, Assistant  *
City Attorney; Bryan Brown, City   *
Attorney; Robert Asleson, Assistant  *
City Attorney; John Schweiger, Special *
Projects Manager; John Smedberg,   *
Assistant City Attorney; Duluth     *
Economic Development Authority;    *
Cynthia Albright, individually and in  *
her official capacity as Director of the *
Duluth Economic Development     *
Authority; Team Duluth; Soft Center- *
Duluth, Inc.; Michael McNamara;   *
Duluth Area Chamber of Commerce;  *
David Ross, CEO of the Duluth Area  *
Chamber of Commerce,          *
                                  *
        Appellees.         *

_____

Submitted: June 24, 2002
Filed: June 27, 2002
_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.
_____

PER CURIAM.

Eric and Deborah Ringsred appeal the district court's[1] dismissal of their lawsuit--purportedly brought on behalf of the State of Minnesota as well as themselves--against the City of Duluth and its mayor, various City agencies and employees, Soft Center-Duluth, Inc. and its director, and the Duluth Area Chamber of Commerce and related individuals and entities.

After carefully reviewing the record, we affirm the dismissal of the federal claims with prejudice and the dismissal of any state claims without prejudice. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.